NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRASSHOPPER GARDENS, INC.,**

*Plaintiff-Appellant*

**v.**

**PMA MECHANICAL LLC,**

*Defendant-Appellee*

---

2026-1097

---

Appeal from the United States District Court for the Northern District of New York in No. 1:23-cv-01257-MAD-PJE, Judge Mae A. D'Agostino.

---

Before PROST, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Grasshopper Gardens, Inc. filed a complaint at the United States District Court for the Northern District of New York against PMA Mechanical LLC alleging trademark infringement, unfair competition, false designation of origin, and related state law claims.  The district court entered judgment in favor of PMA Mechanical.  Grasshopper Gardens filed a notice of appeal naming the United

2          GRASSHOPPER GARDENS, INC. v. PMA MECHANICAL LLC

States Court of Appeals for the Second Circuit, but the district court transmitted it to this court.

This court's jurisdiction to review decisions of federal district courts is generally limited to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). The underlying case does not fall within any of those categories. Moreover, Rule 3(d)(1) of the Federal Rules of Appellate Procedure generally provides that a notice of appeal "must" be sent to "the clerk of the court of appeals named in the notice." Because this court clearly lacks jurisdiction and pursuant to the mandatory language of Rule 3(d)(1), we transfer the appeal to the Second Circuit. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 10, 2025
Date